

EXPRESS WORLDWIDE **DOX** _DHL_

2021-03-23 MYDHL • 1.0 / 136-682-

Origin:

From: Heideman Nudelman & Kalik, PC
Richard Heideman
5335 Wisconsin Avenue
Suite 440

20015 Washington, District of Columbia
United States of America

20CV2996
RCL

**DCA**

To: Republic of Sudan, Foreign Affairs
Dr. Maryam El Sadig El Mahdi
People's Palace

Contact:
Dr. Maryam El Sadig El Mahdi

KHARTOUM
Sudan

**SD-KRT-RYD**

Ref: Steinberg v. Sudan

Day   Time

Pcs/Shpt Weight   Piece
**5.0 lbs**   **1 / 1**

Contents: Letter,
corresp ondence

WAYBILL 26 7081 6654

(2L)SD:KRTRYD+42000000

(J) JD01 4600 0086 3595 4898