

5335 WISCONSIN AVENUE, NW
SUITE 440
WASHINGTON, DC 20015
TELEPHONE 202.463.1818
TELEFAX  202.463.2999
www.HNKlaw.com
attorneys@HNKlaw.com

July 2, 2021

Clerk of the Court
United States District Court
  for the District of Columbia
Clerk's Office, Room 1225
333 Constitution Avenue, NW
Washington, DC 20001

      RE:    <u>Stuart E. Steinberg, et al. v. Republic of Sudan</u>
               1:20-cv-02996

Dear Clerk of Court:

As counsel to Plaintiffs in the above-captioned case, I respectfully request your assistance in serving a copy of the Complaint, summonses and other related documents, as well as translations thereof, upon the Defendant Republic of Sudan ("Sudan") in this matter pursuant to 28 U.S.C. § 1608, specifically pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

Counsel to Plaintiffs attempted to serve the Complaint, summonses, related papers, and translations thereof, upon the Defendants via DHL pursuant to 28 U.S.C. § 1608(a)(3). However, the DHL package was returned undelivered. See attached Exhibit A.

Therefore, pursuant to 28 U.S.C. § 1608(a)(4), the Clerk of Court shall send the relevant documents and translations (in this case Arabic), "by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the Secretary of State in Washington, District of Columbia, to the attention of the Director of Special Consular Services." The Secretary of State shall then take steps to effect service through diplomatic channels.

Pursuant to 28 U.S.C. § 1608(a)(4), copy of the Complaint, summons and other related documents, as well as translations thereof in Arabic, the official language of the Republic of Sudan.

Please take the necessary steps to dispatch these materials to effect service on Defendant pursuant to 28 U.S.C. § 1608(a)(4). It was recommended that we use the following address when dispatching the above documents to the Overseas Citizen Services Office at the State Department:

U.S. Department of State
Overseas Citizen Services
Attention: Daniel Klimov
SA-17, 10th Floor
2201 C Street, NW
Washington, D.C 20520

In addition, I enclose a cover letter to the Department of State requesting foreign mailing and certified checks to be delivered to the Department of State for fees for diplomatic service. Should you have any questions regarding this request, please contact me at (202) 463-1818.

Thank for your assistance with this matter.

Sincerely,

HEIDEMAN NUDELMAN & KALIK, P.C.

By: _____
Tracy Reichman Kalik

Enclosures