

 **Delivered**
June, 02 2021 16:16 Local time | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA

This shipment is handled by: **DHL Express**
Tracking Code: 6195114181

**KHARTOUM - SUDAN** ➡ **WASHINGTON - RONALD REAGAN NATIONAL, DC - USA**

## More Shipment Details

| | |
|---|---|
| Total Pieces | 1 |
| Delivery Date / Time | June, 02 2021, 16:16 Local time |
| To protect your privacy, more delivery details are available after validation | **Electronic Proof of Delivery** |
| Piece ID | JD014600008831252092 |

**Close**

## All Shipment Updates

**Wednesday**
**June, 02 2021**

**16:16 Local time | Delivered**
WASHINGTON - RONALD REAGAN NATIONAL, DC - USA

**Wednesday**
**June, 02 2021**

**12:32 Local time | With delivery courier**
WASHINGTON - RONALD REAGAN NATIONAL, DC - USA

**Tuesday**
**June, 01 2021**

**19:05 Local time | Delivery attempted; recipient not home**
WASHINGTON - RONALD REAGAN NATIONAL, DC - USA

**12:52 Local time | With delivery courier**
WASHINGTON - RONALD REAGAN NATIONAL, DC - USA

**Monday**
**May, 31 2021**

**05:24 Local time** | Arrived at Delivery Facility in WASHINGTON - RONALD REAGAN NATIONAL - USA
WASHINGTON - RONALD REAGAN NATIONAL, DC - USA

**02:37 Local time** | Departed Facility in CINCINNATI HUB - USA
CINCINNATI HUB, OH - USA

**Sunday**
## May, 30 2021

**22:03 Local time** | Clearance processing complete at CINCINNATI HUB - USA
CINCINNATI HUB, OH - USA

**21:46 Local time** | Processed at CINCINNATI HUB - USA
CINCINNATI HUB, OH - USA

**Saturday**
## May, 29 2021

**09:43 Local time** | Departed Facility in LEIPZIG - GERMANY
LEIPZIG - GERMANY

**09:32 Local time** | Customs status updated
CINCINNATI HUB, OH - USA

**06:50 Local time** | Customs status updated
CINCINNATI HUB, OH - USA

**06:36 Local time** | Customs status updated
CINCINNATI HUB, OH - USA

**Friday**
## May, 28 2021

**17:52 Local time** | Processed at LEIPZIG - GERMANY
LEIPZIG - GERMANY

**17:35 Local time** | Shipment on hold
LEIPZIG - GERMANY

**Arrived at Sort Facility LEIPZIG - GERMANY**
LEIPZIG - GERMANY

**12:05 Local time** | Departed Facility in DUBAI - UNITED ARAB EMIRATES
DUBAI - UNITED ARAB EMIRATES

**10:43 Local time** | Processed at DUBAI - UNITED ARAB EMIRATES
DUBAI - UNITED ARAB EMIRATES

**Thursday**
## May, 27 2021

**16:04 Local time** | Arrived at Sort Facility DUBAI - UNITED ARAB EMIRATES
DUBAI - UNITED ARAB EMIRATES

**Wednesday**
## May, 26 2021

**21:43 Local time** | Departed Facility in KHARTOUM - SUDAN
KHARTOUM - SUDAN

**18:58 Local time | Processed at KHARTOUM - SUDAN**
KHARTOUM - SUDAN

**08:54 Local time | Shipment picked up**
KHARTOUM - SUDAN

Close