

**United States Department of State**

*Washington, D.C.   20520*

March 31, 2022

Ms. Angela D. Caesar
Clerk of the Court
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

*Stuart E. Steinberg, et al. v. Republic of the Sudan*, **1:20-cv-02996-RCL**

Dear Ms. Caesar:

I am writing regarding the Court's request for transmittal of a Summons, First Amended Complaint, and Notice of Suit to the Republic of Sudan pursuant to 28 U.S.C. Section 1608(a)(4) as a defendant in the above referenced lawsuit.

The United States Embassy in Khartoum, Sudan transmitted these documents to the Ministry of Foreign Affairs of the Republic of Sudan under cover of diplomatic note No. 210, dated and delivered on February 27, 2022. A certified copy of the diplomatic note is enclosed.

Sincerely,

Jared N. Hess
Attorney Adviser
Office of the Legal Adviser

RECEIVED
Mail Room
APR 11 2022
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia



*Embassy of the United States of America*

I, Michael Gritzbaugh, Consul in Khartoum, Sudan certify that this a true copy of the Embassy of the United States of America, diplomatic note number 210 dated February 27, 2022, and delivered to the Ministry of Foreign Affairs of the Republic of the Sudan on February 27, 2022.

Michael Gritzbaugh

Consul

U.S. Embassy Khartoum

[Seal]

February 27, 2022

No.210

The Embassy of the United States of America presents its compliments to the Ministry of Foreign Affairs of the Republic of the Sudan and refers the Ministry of Foreign Affairs of the Republic of the Sudan to the lawsuit *Stuart E. Steinberg, et al. v. Republic of the Sudan,* 1:20-cv-02996-RCL, which is pending in the U.S. District Court for the District of Columbia. The Republic of the Sudan is a defendant in this case. The Embassy transmits a Summons and First Amended Complaint herewith. The U.S. District Court for the District of Columbia has requested service of these documents. This note constitutes transmittal of these documents to the Government of the Republic of the Sudan as contemplated in Title 28, United States Code, Section 1608(a)(4). 28 U.S.C. Section 1608(a)(4) of FSIA requires the Department to serve court documents on foreign governments when other methods are not available.

Under applicable U.S. law a defendant in a lawsuit must file an answer to the Complaint or some other responsive pleading within 60 days of the date of transmittal of the Complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the

opportunity to present arguments or evidence on its behalf. Therefore, the Embassy requests that the enclosed Summons and First Amended Complaint be forwarded to the appropriate authority of the Republic of the Sudan with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the Summons and First Amended Complaint, the Embassy is enclosing a Notice of Suit prepared by the plaintiff, which summarize the nature of the case and includes references to pertinent U.S. laws concerning suit against foreign States and certain other court documents that the plaintiff has requested be transmitted.

Under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the Unites States. It is the practice of the U.S. Department of States to be available to discuss the requirements of the U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of the United States of America avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Republic of the Sudan the assurances of its highest consideration.

Attachments:

1. Summons, First Amended Complaint, and Notice of Suit
2. Translations

Embassy of the United States of America,

Khartoum, February 27, 2022

