# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-5087** | **September Term, 2023** |
| | 1:20-cv-02996-RCL |
| | Filed On: April 16, 2024 [2049885] |

Estate of Max D. Steinberg, By and through its Special Administrator Stuart Steinberg, et al.,

       Appellants

    v.

Republic of Sudan and United States of America,

       Appellees

**M A N D A T E**

In accordance with the order of February 21, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                          BY:    /s/
                                        Daniel J. Reidy
                                        Deputy Clerk

Link to the order filed February 21, 2024